# ACCOUNT.

### *No.* 1.

##### WHITMORE *against* ORCUTT. *Windsor,* 1816.

AN action of account will lie in this State, where the plaintiff and defendant both reside in the State of New-Hampshire, and the plaintiff claims an account of profits, in locks and canals, in the state of New-Hampshire, received by defendant as co-partner or co-tenant with the plaintiff.

### *No.* 2.

##### ROBINSON ADMINISTRATRIX *against* WRIGHT. *Bennington* 1817.

A declaration, in an action of account, by the administratrix, against one, a surviving partner, in the business of attornies, with the intestate as bailiff and receiver, is good ; altho the declaration does not aver *of what* the defendant was bailiff, and although, it does not aver *of whom* defendant received &c.—Declaration held good on *general* demurrer. See Assumpsit 4.